UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

JAMES R. SPENCER  
CHIEF JUDGE

September 28, 2010

TO COUNSEL OF RECORD:

Re: Carol Falkiner v. OneWest Bank FSB, et al, Case Number 2:10cv475

Dear Counsel:

The above-captioned matter was removed from the Circuit Court of Norfolk to the United States District Court for the Eastern District of Virginia, Norfolk Division on September 27, 2010. It will be necessary for you to associate local counsel admitted to practice in this court, or to become admitted to practice in this court yourself, pursuant to our Local Rule 83.1 (D) and (F).

Please arrange for local counsel to make an appearance immediately on behalf of the Plaintiff. Counsel who wish to appear Pro Hac Vice will be required to reapply with this Court through local counsel, once local counsel has been obtained for their client.

Sincerely,

FERNANDO GALINDO  
Clerk of Court

By: /s/  
M. J. Cowart, Deputy Clerk