IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

```
CAROL LYNN B. KENDALL FALKINER )
       Plaintiff,                )
                                 )
v.                               )   CASE NO.: 2:10CV475
                                 )
                                 )
ONEWEST BANK, FSB, et al         )
       Defendants.               )
```

**NOTICE OF RELEASE OF ATTORNEY AND ENTRY OF PRO SE REPRESENTATION**

Please be advised that, whereas Defendants having transferred the above referenced matter from Civil District Court, City of Norfolk, Commonwealth of Virginia to Federal Court and whereas Plaintiff's attorney Olga Ford, Esq. is not licensed to appear before the Federal Bench, in the above referenced matter Plaintiff Carol Lynn B. Kendall Falkiner has released Olga Ford, Esq. from representation of Plaintiff and Plaintiff shall proceed pro se until such time as Plaintiff has retained other legal counsel certified to practice in Federal District Court for the Eastern District of Virginia..

Respectfully submitted,

By: /s/ Carol Lynn B. Kendall Falkiner
Carol Lynn B. Kendall Falkiner
1322 Sussex Place
Norfolk, VA 23508-1133
Tel. (757) 295-7871
clfalkiner@cox.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

CAROL LYNN B. KENDALL FALKINER
   Plaintiff

                CASE NO.: 10CV475

v.

ONE WEST BANK, FSB, *et al*
   Defendants

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the foregoing PRO SE NOTICE was mailed this 9th day of November, postage prepaid to:

Stephen B. Wood
Joseph M. LeNoir
BIERMAN, GEESING, WARD & WOOD, LLC
81000 Three Chopt Rd, Ste 240
Richmond VA 23229
*Counsel for Defendant Equity Trustees, LLC,*

Amy Miller
MCGUIRE WOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102
*Counsel for Defendant OneWest Bank, FSB*

Marjorie B. Manne
MCGUIRE WOODS LLP
1050 Connecticut Ave. N.W., Suite 1200
Washington D.C. 20036-5317
*Counsel for Defendant OneWest Bank, FSB*

Olga Ford, Esq.
176 Heather Glen Road
Sterling, Virginia

By: /s/ Carol Lynn B. Kendall Falkiner
Carol Lynn B. Kendall Falkiner
1322 Sussex Place, Norfolk, VA 23508-1133
Tel. (757) 295-7871    clfalkiner@cox.net

**Carol Lynn B. Kendall Falkiner**
1322 Sussex Place
Norfolk, VA 23508-1133

Tel. (757) 295-7871                                             clfalkiner@cox.net

---

November 8, 2010

VIA FIRST CLASS MAIL and Personal Delivery
Clerk of Court, Civil Division
U.S.. District Court for Eastern District of Virginia, Norfolk Division
Att: Mr.Cowart
Walter Hoffman United States Court House
600 Granby Street,
Norfolk, VA 23510

    Re: Carol Lynn B. Kendall Falkiner v. One West Bank, FSB, *et al*
    Case No: 2:10cv475

Dear Mr. Cowart,

    Enclosed for filing in the above-referenced case please find Plaintiff's Notice of Release of Attorney and Entry of Pro Se Representation

    Thank you for your attention to this matter.

Sincerely,

By: _/s/ Carol Lynn B. Kendall Falkiner_
Carol Lynn B. Kendall Falkiner
1322 Sussex Place
Norfolk, VA 23508-1133
Tel. (757) 295-7871
clfalkiner@cox.net

Cc    Amy Miller
      Marjorie B. Manne
      Joseph M. LeNoir
      Olga Ford